Frank WORTMAN, Appellant,

v.

UNITED STATES of America.

No. 15023.

United States Court of Appeals,
Eighth Circuit.

May 5, 1954.

Morris A. Shenker, Bernard J. Mellman and Sidney M. Glaser, St. Louis, Mo., for appellant.

Harry Richards, U. S. Atty., Wm. K. Stanard, II, Sp. Asst. to U. S. Atty., St. Louis, Mo., and Max H. Goldschein, Sp. Asst. to Atty. Gen., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant, etc.

Paul L. HARMON, Doing Business as Paul L. Harmon Company,

v.

UNITED STATES of America.

No. 4799.

United States Court of Appeals,
Tenth Circuit.

May 4, 1954.

Louis H. Callister and Nathan J. Fullmer, Salt Lake City, Utah, for appellant.

Paul A. Sweeney, Melvin Richter and Katherine Hardwick Johnson, Department of Justice, Washington, D. C., and A. Pratt Kesler, U. S. Atty., Salt Lake City, Utah, for appellee.

Before PHILLIPS, Chief Judge, and KNOUS, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant. D.C., 114 F.Supp. 89.

COLLECTOR OF INTERNAL REVENUE, H. I. Hinds,

v.

George P. LIVERMORE, Executor.

No. 4798.

United States Court of Appeals,
Tenth Circuit.

Feb. 8, 1954.

Fred M. Mock, U. S. Atty., Oklahoma City, Okl., for appellant.

Hatcher, & Bond, Chickasha, Okl., for appellee.

Before PHILLIPS, Chief Judge, and KNOUS, District Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation.

Frederick J. MACK

v.

UNITED STATES of America.

No. 4677.

United States Court of Appeals,
Tenth Circuit.

Feb. 4, 1954.

Neil Horan and Fred L. Schwartz, Denver, Colo., for appellant.

Charles S. Vigil, U. S. Atty., Denver, Colo., and Joseph F. Nigro, Asst. U. S. Atty., Trinidad, Colo., for appellee.

Before PHILLIPS, Chief Judge, and RICE, District Judge.

PER CURIAM.

Judgment of district court affirmed without opinion, on authority of Underwood v. United States of America, 10 Cir., 207 F.2d 862, pursuant to stipulation.